UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| WILLIAM LETOURNEAU | * | CIVIL ACTION |
|---|---|---|
| versus | * | NO.: 10-3396 |
| PHIL GUILBEAU OFFSHORE, INC. | * | SECTION: "B" JUDGE : LEMELLE |
| | * | |
| *   *   *   *   *   *   * | | MAGISTRATE: (1) SHUSHAN |

## **ORDER OF DISMISSAL**

IN CONSIDERATION of the above and foregoing Joint Motion to Dismiss;

IT IS HEREBY ORDERED that the above-entitled action be and the same is hereby dismissed with prejudice, each party to bear its costs.

New Orleans, Louisiana, this  2nd  day of   November   , 2011.

_____
United States District Judge